**No. 09-700. Homaidan Al-Turki, Petitioner v. Colorado.**

559 U.S. 1057, 130 S. Ct. 2342, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 2964.

April 5, 2010. Motion of National Association of Criminal Defense Lawyers, et al. for leave to file a brief as amici curiae granted. Motion of Kingdom of Saudi Arabia for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-728. Jon A. Jensen, et ux., Petitioners v. Paul A. Stoot, Sr., et al.**

559 U.S. 1057, 130 S. Ct. 2343, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 3013.

April 5, 2010. Motion of National Association of Police Organizations, Inc. for leave to file a brief as amicus curiae granted. Motion of City of Escondido for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 582 F.3d 910.

**No. 09-925. Martha Dean, Petitioner v. Richard Blumenthal, Attorney General of Connecticut.**

559 U.S. 1058, 130 S. Ct. 2347, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 3095.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 577 F.3d 60.

**No. 09-8671. Daniel Bedford, Petitioner v. Terry Collins, Warden.**

559 U.S. 1058, 130 S. Ct. 2344, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 2952.

April 5, 2010. Motion of petitioner for remand denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 567 F.3d 225.

**No. 09-8957. Wei Chen, Petitioner v. William Lape, Superintendent, Coxsackie Correctional Facility.**

559 U.S. 1058, 130 S. Ct. 2348, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 3012.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-8958. Stephen Crump, Petitioner v. Superior Court of California, Alameda County.**

559 U.S. 1058, 130 S. Ct. 2348, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 2995.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

**No. 09-9347. Andre Robinson, Petitioner v. United States.**

559 U.S. 1058, 130 S. Ct. 2356, 176 L. Ed. 2d 577, 2010 U.S. LEXIS 3111.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 518.